# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENDON NATIONAL INSURANCE COMPANY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MULVANEY, KAHAN & BARRY, a California limited liability partnership, JAMES F. MULVANEY, LAWRENCE KAHAN, EVERETT G. BARRY, JR., ROBERT A. LINN, REX B. BEATTY, and JOHN A. MAYERS,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 09 CV 1033 JM (CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Doc. No. 24 |

Pursuant to the parties' joint motion, and for good cause appearing, the court hereby extends the time for Defendants to respond to the Complaint. Defendants shall file and serve a responsive pleading **no later than July 6, 2009.**

**IT IS SO ORDERED.**

DATED: June 2, 2009

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge